UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| D.B. and R.B.,<br><br>            Plaintiffs,<br><br>  v.<br><br>BOY SCOUTS OF AMERICA; and CHIEF SEATTLE COUNCIL, BOY SCOUTS OF AMERICA,<br><br>            Defendants. | C20-250 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Notices filed on February 26, 2020, docket no. 7, and March 3, 2020, docket no. 9, by defendant Boy Scouts of America, the Court hereby STAYS this case pending further order. The deadlines set forth in the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, entered February 24, 2020, docket no. 4, are STRICKEN.

(2) The parties shall file a Joint Status Report within fourteen (14) days after the Bankruptcy Court for the District of Delaware rules on the pending motion for a preliminary injunction filed by Boy Scouts of America **or by June 1, 2020**, whichever occurs earlier.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of March, 2020.

                                    William M. McCool
                                    Clerk

                                    s/Karen Dews
                                    Deputy Clerk

MINUTE ORDER - 1