# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

D.B. and R.B.,

        Plaintiffs,

v.

BOY SCOUTS OF AMERICA; and
CHIEF SEATTLE COUNCIL, BOY
SCOUTS OF AMERICA,

        Defendants.

C20-250 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Notice filed by defendant Boy Scouts of America, docket no. 11, and the subjoined Consent Order of the District of Delaware Bankruptcy Court, staying certain cases, including this one, until 11:59 p.m. on May 18, 2020 (the "Termination Date"), subject to further extension in the manner set forth in the Consent Order, the Court ORDERS as follows:

    (a) The stay imposed by the Minute Order entered March 6, 2020, docket no. 10, shall remain in effect pending further order;

    (b) The deadline set forth in the Minute Order entered March 6, 2020, docket no. 10, for a Joint Status Report within fourteen (14) days after the Bankruptcy Court rules on the pending motion for a preliminary injunction or by June 1, 2020, whichever occurs earlier, is STRICKEN; and

    (c) The parties shall file a Joint Status Report by May 25, 2020, concerning whether the Termination Date has been extended; if the Termination

MINUTE ORDER - 1

Date has expired, then the Joint Status Report shall set forth proposed deadlines for conducting a Rule 26(f) conference, the exchange of initial disclosures, and the filing of a Joint Status Report and Discovery Plan in the form described in the Order entered February 24, 2020, docket no. 4; if the Termination Date has been extended, then the parties shall file another Joint Status Report within seven (7) days of the new Termination Date, concerning whether the Termination Date has been extended, and they shall continue to do so within seven (7) days of each new Termination Date, until the Termination Date expires.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of April, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2